THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Anthony Lamont McCray, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Horry County
 Steven H. John, Circuit Court Judge

Memorandum Opinion No.2007-MO-011
Submitted January 18, 2007  Filed February 20, 2007

REVERSED

 
 
 
Appellate Defender Aileen P. Clare, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Daniel E. Grigg, of Columbia, for Respondent.
 
 
 

PER CURIAM: Reversed pursuant to Rule 220(b)(1), SCACR, and the following authority: Thomas v. State, 346 S.C. 140, 551 S.E.2d 254 (2001) (actual conflict of interest arose when the solicitor offered a plea bargain allowing the charge against one spouse to be dismissed if the other spouse pled guilty to trafficking the entire amount of cocaine).
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.